In the Matter of the Application of SETH LOW et al., Constituting the BOARD OF RAPID TRANSIT RAILROAD COMMISSIONERS OF THE CITY OF NEW YORK, Relative to Acquiring a Right of Way under Joralemon and Fulton Streets and Flatbush Avenue.

THE CITY OF NEW YORK, Appellant; CARSTEN H. OFFERMAN et al., Respondents.

(Submitted May 29, 1922; decided June 6, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 233 N. Y. 334.)